**ATTACHMENT TO CIVIL COVER SHEET**
Relentless Inc.; Huntress Inc.; Seafreeze Fleet LLC v. U.S. Dept. of Commerce, *et al.*

Attorneys:

Kevin J. Holley, Esq. #4639
Holley Law LLC
33 College Hill Road, Ste. 25C
Warwick, RI 02886
(401) 521-2622

John Vecchione
Senior Litigation Counsel
Kara Rollins
Litigation Counsel
*Pro hac vice forthcoming*

New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210