IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RELENTLESS INC.;** | : | |
| **HUNTRESS INC.;** | : | |
| **SEAFREEZE FLEET LLC** | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **U.S. DEPARTMENT OF COMMERCE;** | : | |
| **WILBUR L. ROSS, JR.,** in his official | : | |
| capacity as Secretary of Commerce; | : | Case No. 1:20-cv-00108-WES-PAS |
| **NATIONAL OCEANIC AND** | : | |
| **ATMOSPHERIC ADMINISTRATION;** | : | |
| **NEIL JACOBS,** in his official capacity as | : | |
| Acting Administrator of NOAA; | : | |
| **NATIONAL MARINE FISHERIES** | : | |
| **SERVICE,** a/k/a **NOAA FISHERIES;** | : | |
| **CHRIS OLIVER,** in his official capacity | : | |
| as Assistant Administrator for | : | |
| **NOAA Fisheries** | : | |
| | : | |
| *Defendants*. | : | |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs state as follows: (1) Plaintiffs Relentless Inc. and Huntress Inc. are wholly owned by Plaintiff Seafreeze Fleet LLC; and (2) Plaintiff Seafreeze Fleet LLC is a limited liability company with no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: March 9, 2020

Respectfully submitted,

/s/ Kevin J. Holley
Kevin J. Holley, Esq. #4639
Holley Law LLC
33 College Hill Road, Ste. 25C
Warwick, RI 02886
Phone: (401) 521-2622
kevin@holleylawllc.com

John Vecchione
Senior Litigation Counsel
Kara Rollins
Litigation Counsel
*Pro hac vice forthcoming*

New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
Phone: (202) 869-5210
john.vecchione@ncla.legal
kara.rollins@ncla.legal

*Counsel for Plaintiffs*