# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RELENTLESS INC.**, et al. | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | Case No. 1: 20-cv-00108-WES-PAS |
| | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| **U.S. DEPARTMENT OF COMMERCE,** | : | |
| et al. | : | |
| *Defendants*. | : | |

I, Sean Murphy, respectfully certify that service for the above captioned case took place as described below, which included true and correct copies of the following documents: Issued Summons dated March 9, 2020, Complaint, Plaintiffs' Rule 7.1 Corporate Disclosure, Civil Cover Sheet, Attachment to Civil Cover Sheet, Order for Admission Pro Hac Vice-John Vecchione, Order for Admission Pro Hac Vice-Kara Rollins, and Exhibits 1-11.

On March 13, 2020, the above listed documents were sent by certified mail, return receipt requested to the following parties:

| | |
|---|---|
| National Marine Fisheries Service<br>c/o the General Counsel's Office<br>1315 East West Highway<br>Silver Spring, MD 20910 | Chris Oliver, in his official capacity as<br>Assistant Administrator for NOAA Fisheries<br>National Marine Fisheries<br>1315 East West Highway<br>Silver Spring, MD 20910 |
| U.S. Department of Commerce<br>14th and Constitution Avenue, NW<br>Washington, DC 20239 | Wilbur Ross, in his official capacity as<br>Secretary of Commerce<br>U.S. Department of Commerce<br>14th and Constitution Avenue, NW<br>Washington, DC 20239 |
| National Oceanic and Atmospheric<br>Administration<br>1401 Constitution Avenue, NW<br>Washington, DC 20230 | Neil Jacobs, in his official capacity as Acting<br>Administrator of NOAA<br>1401 Constitution Avenue, NW<br>Washington, DC 20230 |

On March 13, 2020, a courtesy copy of the above listed documents was sent by certified mail, return receipt requested to:

| | |
|---|---|
| US Attorney for the District of Rhode Island<br>50 Kennedy Plaza<br>Providence, Rhode Island 02903 | U.S. Department of Justice<br>Civil Process Clerk<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

Chris Oliver, Neil Jacobs, NMFS, NOAA, Wilbur Ross, U.S. Department of Commerce and the U.S. Department of Justice received the documents via certified mail on March 16, 2020. Delivery was confirmed by the United States Postal Service web site:

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=9&text28777=&tLabels=70183090000122982651%2C70183090000122982729%2C70183090000122982675%2C70183090000122982682%2C70183090000122982712%2C70183090000122982699%2C70183090000122982705%2C70183090000122982668%2C

According to the United States Postal Service, the documents for U.S. Attorney for the District of Rhode Island were received on March 16, 2020, attached hereto as Attachment A.

I solemnly swear under the penalty of perjury, the above the statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 30, 2020                    /s/ Sean Murphy
                                         Sean Murphy
                                         Paralegal
                                         New Civil Liberties Alliance
                                         1225 19th St., NW
                                         Suite 450
                                         Washington, DC 20036
                                         (202) 896-5210

# Attachment A

