# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RELENTLESS, INC., HUNTRESS, INC., and SEAFREEZE FLEET LLC, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| U.S. DEPARTMENT OF COMMERCE, WILBUR L. ROSS, JR, in his official capacity as Secretary of the Department of Commerce, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NEIL JACOBS, in his official capacity as Acting Administrator of NOAA, NATIONAL MARINE FISHERIES SERVICE, and CHRIS OLIVER, in his official capacity as Assistant Administrator for NOAA Fisheries, | : : : : : : : : : : : :  Civil Action No. 1:20-cv-00108-WES-PAS |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please take notice that Alison C. Finnegan of the United States Department of Justice enters her appearance as counsel in the above-captioned matter for Defendants the U.S. Department of Commerce; Wilbur L. Ross, in his official capacity as Secretary of the Department of Commerce; the National Oceanic and Atmospheric Administration ("NOAA"); Neil Jacobs, in his official capacity as Acting Administrator for NOAA; Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries; and the National Marine Fisheries Service. Ms. Finnegan is registered for Electronic Case Filing. Relevant addresses, telephone numbers, and contact information are as follows:

Mailing Address:

    Alison C. Finnegan
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611

Overnight Delivery / Street Address:

    Alison C. Finnegan
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    4 Constitution Square
    150 M St., NE, Room 3.1118
    Washington, D.C. 20002

Telephone / Facsimile:

    Tel: (202) 305-0500
    Fax: (202) 305-0275

E-Mail:

    alison.c.finnegan@usdoj.gov

Dated: March 31, 2020          Respectfully submitted,

                                      JEAN E. WILLIAMS, Deputy Assistant Attorney General
                                      SETH M. BARSKY, Chief
                                      MEREDITH L. FLAX, Assistant Chief

                                      /s/ Alison C. Finnegan
                                      Alison C. Finnegan, Senior Trial Attorney
                                      (Pennsylvania Bar No. 88519)
                                      U.S. Department of Justice
                                      Environment and Natural Resources Division
                                      Wildlife and Marine Resources Section
                                      Ben Franklin Station, P.O. Box 7611
                                      Washington, D.C. 20044-7611
                                      Tel: (202) 305-0500;  Fax: (202) 305-0275
                                      alison.c.finnegan@usdoj.gov

                                      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan