IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE DISTRICT OF COLUMBIA**

Defendants, by and through undersigned counsel, hereby move the Court to transfer this action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a). In support of this motion, Defendants state:

1. This action could have been brought in the District of Columbia.

2. The interests of justice and judicial efficiency favor transfer to the United States District Court for the District of Columbia because there already is another lawsuit challenging the Omnibus Amendment and final rule at issue in this case pending in that jurisdiction.

3. Plaintiffs would not be inconvenienced by this transfer, as the case will be decided on the basis of the National Marine Fisheries Service's administrative record, thus the cost of making the necessary proof is not a critical factor. Moreover, while two of the three plaintiffs are based in Rhode Island, those two plaintiffs are fishing vessels and are owned by a third Plaintiff, Seafreeze Fleet LLC, which Plaintiffs allege is organized, operating, and headquartered in the Commonwealth of Massachusetts. Thus, the Court need not defer to Plaintiffs' choice of forum.

4.    Further support is contained in the accompanying memorandum in support of Defendants' motion to transfer.

Dated: April 2, 2020

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

Attorneys for Defendants