# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

This matter comes before the Court on the Defendants' Motion to Transfer Venue to the District of Columbia. The Court, having considered that motion, and good cause appearing, the motion is GRANTED and it is HEREBY ORDERED that this case shall be transferred to the United States District Court for the District of Columbia.

Dated: this _____ day of _____, 2020.

_____
WILLIAM E. SMITH
United States District Judge