# Exhibit B

## U.S. District Court — Judicial Caseload Profile

| RHODE ISLAND | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 851 | 705 | 826 | 768 | 916 | 842 | | |
| | | Terminations | 2,016 | 1,469 | 709 | 872 | 773 | 849 | | |
| | | Pending | 1,547 | 786 | 894 | 792 | 938 | 934 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -1.1 | 19.4 | 1.9 | 9.6 | -8.1 | | 82 | 5 |
| | | Number of Judgeships | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 12.0 | 12.0 | 12.0 | 12.0 | | |
| Actions per Judgeship | Filings | Total | 284 | 235 | 275 | 256 | 305 | 281 | 88 | 5 |
| | | Civil | 220 | 180 | 228 | 195 | 230 | 223 | 75 | 3 |
| | | Criminal Felony | 53 | 41 | 38 | 41 | 61 | 39 | 89 | 5 |
| | | Supervised Release Hearings | 10 | 14 | 9 | 20 | 15 | 18 | 73 | 5 |
| | Pending Cases [2] | | 516 | 262 | 298 | 264 | 313 | 311 | 81 | 4 |
| | Weighted Filings [2] | | 258 | 230 | 248 | 237 | 308 | 275 | 87 | 5 |
| | Terminations | | 672 | 490 | 236 | 291 | 258 | 283 | 84 | 3 |
| | Trials Completed | | 7 | 9 | 5 | 7 | 2 | 7 | 91 | 5 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 8.1 | 9.2 | 9.2 | 11.2 | 8.3 | 11.2 | 64 | 3 |
| | | Civil [2] | 22.0 | 28.9 | 10.7 | 10.5 | 8.4 | 9.2 | 44 | 2 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 587 41.5 | 103 15.6 | 61 7.9 | 60 9.1 | 70 9.6 | 76 9.9 | 61 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.3 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 77.7 | 62.0 | 49.8 | 42.9 | 56.6 | 62.7 | | |
| | | Percent Not Selected or Challenged | 55.1 | 36.9 | 33.4 | 42.0 | 25.8 | 48.3 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 670 | 48 | 57 | 66 | 9 | 45 | 51 | 93 | 68 | 6 | 160 | - | 67 |
| Criminal [1] | 117 | 1 | 28 | 9 | 14 | 34 | 3 | 16 | 2 | 3 | 3 | 1 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

| DISTRICT OF COLUMBIA | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,693 | 2,589 | 3,174 | 3,158 | 3,699 | 4,493 | | |
| | | Terminations | 2,571 | 2,642 | 2,665 | 2,953 | 3,083 | 3,897 | | |
| | | Pending | 3,324 | 3,252 | 3,755 | 3,942 | 4,556 | 5,140 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 66.8 | 73.5 | 41.6 | 42.3 | 21.5 | | 9 | - |
| | | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | | Vacant Judgeship Months [2] | 42.2 | 14.5 | 19.9 | 57.0 | 14.8 | 7.6 | | |
| **Actions per Judgeship** | **Filings** | Total | 180 | 173 | 212 | 211 | 247 | 300 | 86 | - |
| | | Civil | 148 | 151 | 180 | 177 | 208 | 259 | 64 | - |
| | | Criminal Felony | 24 | 14 | 23 | 18 | 31 | 29 | 92 | - |
| | | Supervised Release Hearings | 8 | 7 | 8 | 16 | 7 | 11 | 84 | - |
| | Pending Cases [2] | | 222 | 217 | 250 | 263 | 304 | 343 | 77 | - |
| | Weighted Filings [2] | | 192 | 178 | 234 | 219 | 269 | 293 | 83 | - |
| | Terminations | | 171 | 176 | 178 | 197 | 206 | 260 | 87 | - |
| | Trials Completed | | 6 | 7 | 6 | 6 | 7 | 9 | 83 | - |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.2 | 14.6 | 14.9 | 11.0 | 12.1 | 10.2 | 49 | - |
| | | Civil [2] | 7.6 | 8.2 | 7.8 | 7.1 | 5.8 | 5.1 | 4 | - |
| | From Filing to Trial [2] (Civil Only) | | 38.5 | 39.6 | 41.8 | 50.2 | 44.0 | 46.7 | 62 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 378 15.7 | 352 14.4 | 345 11.8 | 403 12.9 | 462 13.1 | 659 16.3 | 82 | - |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.5 | 1.2 | 1.5 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 70.3 | 49.0 | 57.8 | 83.7 | 65.7 | 102.5 | | |
| | | Percent Not Selected or Challenged | 42.9 | 43.2 | 49.8 | 57.1 | 54.0 | 58.6 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,886 | 43 | 647 | 354 | 13 | 33 | 128 | 215 | 220 | 44 | 576 | 25 | 1,588 |
| Criminal [1] | 438 | 2 | 63 | 4 | 133 | 67 | 24 | 17 | 5 | 4 | 48 | 16 | 55 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."