# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| RELENTLESS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 20-cv-00108-WES-PAS |
| U.S. DEPARTMENT OF COMMERCE, et al., | ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF RYAN P. MULVEY

I, Ryan P. Mulvey, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. I am Counsel at Cause of Action Institute ("CoA Institute"). I represent the plaintiffs in *Loper Bright Enterprises, Inc. v. Ross*, No. 20-466 (D.D.C. filed Feb. 19, 2020), a lawsuit that raises various claims challenging the New England Fishery Management Council's Industry-Funded Monitoring Omnibus Amendment. *See* 85 Fed. Reg. 7,414 (Feb. 7, 2020) (to be codified at 50 C.F.R. pt. 648) [hereinafter "Omnibus Amendment"].

2. The statements contained herein are based upon knowledge that I have acquired in the performance of my official duties, information provided to me in my official capacity by other CoA Institute personnel, and my first-hand experience during the ordinary course of business.

3. I submit this declaration to clarify my clients' intentions regarding the possibility of the government moving to consolidate *Loper Bright Enterprises, Inc. v. Ross* and *Relentless, Inc. v. Department of Commerce* in the U.S. District Court for the District of Columbia, assuming the pending motion for venue transfer from the District of Rhode Island were to be granted.

4.	Although *Loper Bright Enterprises, Inc.* and *Relentless, Inc.* both challenge the validity of the Omnibus Amendment, there are significant factual differences that distinguish each set of plaintiffs, and each lawsuit raises a different set of legal claims and seeks different forms of relief, as the Department of Commerce itself has recognized. *See* Mem. of Law in Supp. of Defs.' Mot. to Transfer Venue to the Dist. of Columbia at 6, ECF No. 10-1.

5.	In light of the foregoing, and in particular the substantive differences in the legal claims raised in each lawsuit, my clients intend to vigorously oppose any attempt by the government to consolidate, unless circumstances significantly and materially change.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ryan P. Mulvey
Executed this 7th day of April 2020.