# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please take notice that Kristine S. Tardiff of the United States Department of Justice enters her appearance as co-counsel in the above-captioned matter for Defendants the U.S. Department of Commerce; Wilbur L. Ross, in his official capacity as Secretary of the Department of Commerce; the National Oceanic and Atmospheric Administration ("NOAA"); Neil Jacobs, in his official capacity as Acting Administrator for NOAA; Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries; and the National Marine Fisheries Service.  Ms. Tardiff is registered for Electronic Case Filing.  The relevant address for all types of service, telephone numbers, and contact information are as follows:

      Kristine S. Tardiff
      U.S. Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      c/o U.S. Attorney's Office
      53 Pleasant Street, 4th Floor
      Concord, NH 03301

      Tel: (603) 230-2583
      Fax: (603) 225-1577

      E-Mail:  kristine.tardiff@usdoj.gov

Dated: August 31, 2020

        Respectfully submitted,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division

        /s/ Kristine S. Tardiff
        KRISTINE S. TARDIFF
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        TEL   (603) 230-2583
        FAX   (603) 225-1577
        E-MAIL kristine.tardiff@usdoj.gov

        *Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Kristine S. Tardiff