# Exhibit B

FORM **CD-64**
(REV.1-00)
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

Washington, D.C., __April 7__ , 20 __20__

I HEREBY CERTIFY that the annexed is a true copy of __the index of the NOAA Fisheries administrative record for the development, approval, and implementation of the New England Industry-Funded Monitoring Omnibus Amendment__

The original administrative record is on file in the __NOAA Fisheries Greater Atlantic Regional Fisheries Office, Gloucester, Massachusetts.__

_____
[signature: Sarah Bland]
Assistant Regional Administrator for Sustainable Fisheries

(Official title)

I HEREBY CERTIFY that __Sarah Bland, Assistant Regional Administrator for Sustainable Fisheries,__ who signed the foregoing certificate, is now, and was at the time of signing, __the custodian of the administrative record described above__ and that full faith and credit should be given his/her certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this __7th__ day of __April__, two thousand __twenty__

For the SECRETARY OF COMMERCE :

_____
[signature: Michael Pentony]
Michael Pentony, Regional Administrator, Greater Atlantic Regional Fisheries Office

Certifying Officer