## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RELENTLESS INC., et al.** | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | Case No. 1: 20-cv-00108-WES-PAS |
| | : | |
| | : | **JOINT PROPOSED** |
| **U.S. DEPARTMENT OF COMMERCE,** | : | **SCHEDULE** |
| | | |
| **et al.** | : | |
| *Defendant*s. | : | |

Plaintiffs and Defendants jointly propose the following schedule to govern this case:

1.    Plaintiffs will provide Defendants with any documents or information that they believe should be included in the administrative record, if any, by September 21, 2020.  Alternatively, if Plaintiffs do not intend to identify any such documents, they will advise Defendants in writing by September 21, 2020.

2.    Defendants will inform Plaintiffs of their position regarding any documents that Plaintiffs believe should be included in the administrative record by October 14, 2020.

3.    In the event that the Parties are unable to resolve any dispute over the contents of the administrative record, the Parties will brief the dispute on the following schedule.

     a.    Plaintiffs will file a motion to complete and/or supplement the administrative record by October 29, 2020.

     b.    Defendants will file their opposition to that motion by November 20, 2020.

     c.    Plaintiffs will file their reply in support of their motion by December 4, 2020.

4.    Within 14 days of a determination of the contents of the administrative record by agreement, a decision of the Court on a motion to complete and/or supplement the administrative record, or

Plaintiffs' written decision that they do not intend to identify any materials for inclusion in the administrative record, the parties will provide a briefing schedule on the merits.

Dated: September 11, 2020

Respectfully submitted,

Kevin J. Holley, Esq. #4639
Holley Law LLC
33 College Hill Road, Ste. 25C
Warwick, RI 02886
Phone: (401) 521-2622
kevin@holleylawllc.com

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

 /s/ John J. Vecchione
John J. Vecchione (admitted *pro hac vice*)
Kara Rollins (admitted *pro hac vice*)
New Civil Liberties Alliance
1225 19th Street NW, Ste. 450
Washington, DC 20036
Phone: (202) 869-5210
john.vecchione@ncla.legal
kara.rollins@ncla.legal

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

*Counsel for Plaintiffs*

Kristine S. Tardiff
(New Hampshire Bar No. 10058)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax (603) 225-1577
kristine.tardiff@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, I electronically filed the foregoing using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


/s/ John J. Vecchione