# Exhibit B

FORM **CD-64**
(REV.1-00)
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

*Washington, D.C.,* __April 7__ *, 20* __20__

*I HEREBY CERTIFY that the annexed is a true copy of* __the index of the NOAA Fisheries administrative record for the development, approval, and implementation of the New England Industry-Funded Monitoring Omnibus Amendment__

__The original administrative record is__ *on file in the* __NOAA Fisheries Greater Atlantic Regional Fisheries Office, Gloucester, Massachusetts.__

_____
*Sarah Bland* (signature)
Assistant Regional Administrator for Sustainable Fisheries

(Official title)

*I HEREBY CERTIFY that* __Sarah Bland, Assistant Regional Administrator for Sustainable Fisheries,__ *who signed the foregoing certificate, is now, and was at the time of signing,* __the custodian of the administrative record described above__ *and that full faith and credit should be given his/her certificate as such.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this* __7th__ *day of* __April__, *two thousand* __twenty__

*For the SECRETARY OF COMMERCE:*

_____
Michael Pentony, Regional Administrator, Greater Atlantic Regional Fisheries Office

Certifying Officer