# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING SUPPLEMENT TO ADMINISTRATIVE RECORD

Counsel for Defendants hereby give notice that a supplement to the administrative record in the above-captioned action is being filed electronically today pursuant to the Local Rules. Service copies of the documents comprising the supplement to the administrative record are being sent to counsel for the Plaintiffs by email. Attached as exhibits to this Notice are copies of certification (Exhibit A) and the index to the administrative record (Exhibit B).

Dated: October 27, 2020

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

2

/s/ Kristine S. Tardiff
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax (603) 225-1577
kristine.tardiff@usdoj.gov


Attorneys for Defendants

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2020, I electronically filed the foregoing Notice of Filing Supplement to the Administrative Record with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      /s/ Alison C. Finnegan