# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RELENTLESS, INC., et al., | : |
| Plaintiffs, | : |
| v. | : |
| U.S. DEPARTMENT OF COMMERCE, et al., | : Civil Action No. 1:20-cv-00108-WES-PAS |
| Defendants. | : |

## CERTIFICATION OF SUPPLEMENT TO ADMINISTRATIVE RECORD

1. I, Sarah Bland, am the Assistant Regional Administrator for Sustainable Fisheries for the Greater Atlantic Regional Fisheries Office ("GARFO") of the National Marine Fisheries Service ("NMFS"), National Oceanic and Atmospheric Administration, Department of Commerce, Gloucester, Massachusetts. In this capacity I am responsible for assisting the regional administrator in the development and implementation of management programs for the living marine resources of the Northeast United States, including the fishery management plans amended by the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"). I supervise the personnel in the GARFO who are charged with the implementation of fishery management plans and amendments thereto under the Magnuson-Stevens Fishery Conservation and Management Act, including those submitted by the New England Fishery Management Council. This includes supervising the preparation of administrative records that must be filed in connection with defending legal challenges to actions implemented by the NMFS.

2. Records regarding the development, approval, and implementation of the Omnibus Amendment are located in the GARFO, in Gloucester, Massachusetts. Under my direction and supervision, NMFS staff responsible for working on the development, approval, and implementation of the Omnibus Amendment previously compiled the documents that comprise the administrative record for the Omnibus Amendment and regulations implementing the Omnibus Amendment.

3. NMFS's administrative record for the Omnibus Amendment and regulations implementing the Omnibus Amendment was served on the parties on April 9, 2020, and filed with the Court on September 11, 2020. ECF Nos. 21-30, 32.

4. Counsel for Defendants in this case has met and conferred with counsel for Plaintiffs Relentless, Inc., Huntress, Inc., and Seafreeze Fleet, LLC. As a result of these discussions, NMFS agreed to Plaintiffs' request to include in the administrative record two documents that were attached to Plaintiffs' Complaint as Exhibits 2 and 5. NMFS agreed to include Exhibits 2 and 5 to the Complaint in the administrative record even though these two specific documents may not have been before the agency during its decision-making regarding the Omnibus Amendment. The information contained in them is similar to, or duplicative of, information in other documents that were considered in the development and approval of the Omnibus Amendment and that are included in the administrative record.

5. NMFS employees compiled those additional documents that, along with the documents filed with the Court on September 11, 2020, comprise NMFS's administrative record for the Omnibus Amendment and regulations implementing the Omnibus Amendment. The index that previously was filed with the Court has been updated to include these two additional documents.

6.  I hereby certify that the documents identified in the updated index accompanying this certification represent NMFS's administrative record for the Omnibus Amendment and regulations implementing the Omnibus Amendment.

Dated: October 26, 2020

*Sarah Bland*
Sarah Bland
Assistant Regional Administrator for Sustainable Fisheries
National Marine Fisheries Service