# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RELENTLESS INC.**, et al. | |
| *Plaintiffs*, | |
| v. | Case No. 1: 20-cv-00108-WES-PAS |
| | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| **U.S. DEPARTMENT OF COMMERCE,** | |
| et al. | |
| *Defendants*. | |

Comes Now Plaintiffs Relentless, Inc., Huntress, Inc. and Seafreeze Fleet, LLC and move this Court to enter Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule cv 56[1] against all Defendants, The U.S. Department of Commerce, Wilbur L. Ross, Jr. in his official capacity as Secretary of Commerce, the National Oceanic and Atmospheric Administration ("NOAA"), Neil Jacobs, in his official capacity as Acting Administrator of NOAA; National Marine Fisheries Service, a/k/a NOAA Fisheries and Chris Oliver, in his official capacity as Assistant administrator for NOAA Fisheries on all Counts (1-4) of the Complaint. In support of this Motion the Plaintiffs rely on the accompanying Memorandum in Support of this motion, including all exhibits and declarations attached thereto as well as the entire record herein.

---

[1] Pursuant to the Stipulation and Order setting Briefing Schedule, *see* Doc. 36, the Plaintiffs have not submitted a separate statement of facts.

Dated: December 4, 2020                    Respectfully submitted,

                                        Kevin J. Holley, Esq. #4639
                                        Holley Law LLC
                                        33 College Hill Road, Ste. 25C
                                        Warwick, RI 02886
                                        Phone: (401) 521-2622
                                        kevin@holleylawllc.com

                                        /s/ John J. Vecchione
                                        John J. Vecchione (admitted *pro hac vice*)
                                        Kara Rollins (admitted *pro hac vice*)
                                        New Civil Liberties Alliance
                                        1225 19th Street NW, Ste. 450
                                        Washington, DC 20036
                                        Phone: (202) 869-5210
                                        john.vecchione@ncla.legal
                                        kara.rollins@ncla.legal

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing Motion for Summary Judgment using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ John J. Vecchione