# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RELENTLESS INC., et al.

    *Plaintiffs*,

v.                                                                         Case No. 1: 20-cv-00108-WES-PAS

U.S. DEPARTMENT OF COMMERCE,                      **DECLARATION OF MEGHAN LAPP**
et al.

    *Defendants*.

## DECLARATION OF MEGHAN LAPP

I, Meghan Lapp, am over the age of 18 and make this Declaration in support of the Plaintiffs' motion for Summary Judgment and am familiar with the facts recited herein on personal knowledge or consulting corporate records.

1. I am Fisheries Liaison, for Seafreeze Ltd., a sister company to Plaintiffs and am familiar with the companies, vessels, and their fishing operations.

2. I submitted the comments on behalf of Plaintiffs and Seafreezee Ltd. that were attached to the Complaint, included in the administrative record, and attached to Plaintiffs' motion.

3. In those comments I discuss the nature of fishing done by Plaintiffs. Specifically, these comments refer to the fishing done by Plaintiffs, Relentless, Inc., which owns and operates F/V *Relentless*, and Huntress, Inc., which owns and operates F/V *Persistence*.

4. For Atlantic herring, F/Vs *Relentless* and *Persistence* use small-mesh bottom trawl gear and hold Category A permits.

5. Plaintiffs, Relentless, Inc. and Huntress, Inc., each have less than $11 million in annual gross receipts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 12/3/20

Meghan Lapp