# Exhibit 12



February 3, 2017

100 Davisville Pier
North Kingstown, R.I. 02852 U.S.A.
Tel: (401)295-2585

Dear Herring Committee Members,

      I am writing to request that the Committee reconsider the economic impacts of the Council's decision last month on the IFM Amendment Atlantic Herring Alternatives, which selected 50% ASM coverage or 50% EM/portside coverage for Category A and B herring vessels.  According to Table 95, on page 299 of the EA, the annual Return to Owner (RTO), or gross revenue, for "herring/mackerel vessels" such as the MWT fleet, is 15%. In contrast, the RTO for" squid vessels", such as the SMBT fleet, which fishes herring seasonally, is only 7%. Therefore, SMBT vessels, which have a smaller daily harvest capacity due to vessel configuration/size/procedures than MWT vessels, are already working on substantially lower gross revenues than MWT vessels with much larger daily capacity. Therefore, the reduction in daily revenue by the decision to apply 50% industry funded monitoring coverage across all A and B herring vessels regardless of daily capacity, will impact SMBT vessels disproportionately. Even with the projected reduction in RTO resulting from 50% ASM or EM coverage, MWT vessels would still have a higher RTO than the 7% RTO SMBT vessels currently have without any industry funded monitoring costs.  This is an inequitable situation that has resulted from treating all vessels in a permit category in a similar manner despite the fact that they have significantly different daily capacity and operating procedures.

      Furthermore, the Council decision particularly impacts Seafreeze vessels in a disproportionate manner. We have been very open with the Council as to the nature of our fishing operations, which are unique and unlike other A and B herring vessels of any gear type. We have repeatedly indicated the significant costs that would be borne by our vessels for herring IFM on trips that do not land herring. On Table 96, page 301-302 of the EA, vessels such as ours that declare into multiple fisheries at once to maintain operational flexibility, will be forced to pay $39,313 a year for herring ASM on trips that do not land herring, according to the Council decision. This cost is in addition to the cost of herring ASM on trips that actually do land herring.  This same cost for single MWT vessels is approximately $2,264 a year and for paired MWT vessels $1,394 a year, since these vessels typically only fish for herring/mackerel, as opposed to our vessels which fish for multiple other species at the same time. Seafreeze vessels will be forced to pay these exorbitant costs for herring observers out of revenue from species such as squid. This is not justifiable.

      There are at least 12 SMBT category A and B herring vessels registered with NMFS, 11 of which are home ported in or fish out of Rhode Island. If these vessels are prohibited from herring fishing due to lack of profitability, a significant percentage of the herring fleet will be lost. According to NMFS, even

100% ASM coverage on SMBT vessels will have a "negligible" effect on tracking catch caps, but it will not have a negligible economic effect on Seafreeze vessels or other SMBT vessels. Since NMFS has also concluded that the benefits of increased monitoring should equal or outweigh the costs of monitoring, and since a negligible management benefit will be far outweighed by a disproportionate economic cost to our vessels, we respectfully request that the Committee reconsider these impacts and recommend a revised set of alternatives to the Council.

Sincerely,
Meghan Lapp
Fisheries Liaison, Seafreeze Ltd.

TABLE 95. SUMMARY OF TOTAL TRIP COSTS FOR HERRING AND MACKEREL VESSELS IN 2014

| Cost Category | Description | Average Percent of 2014 Gross Revenue for Herring and Mackerel Vessels | Average Percent of 2014 Gross Revenue for Squid Vessels |
|---|---|---|---|
| Variable Costs | Annual fuel, oil, food, water, ice, carrier vessel, communication, fishing supplies, crew supplies, and catch handling costs | 25% | 35% |
| Crew Share | Total annual payments to crew | 28% | 26% |
| Repair, Maintenance, Upgrades, Haulout (RMUH) | Annual cost of repairs to engines, deck equipment, machinery, hull, fishing gear, electronics, processing equipment, refrigeration, safety equipment, upgrades and haulout. Because these costs vary considerably from year to year and are typically spread out over several years, only a portion of these costs were applied to 2014 revenue | 13% | 11% |
| Fixed Costs | Annual mooring, dockage, permits and licenses, insurance, quota and DAS lease, crew benefits, vessel monitoring, workshop and storage, office, vehicle, travel, association, professional, interest, taxes, and non-crew labor costs. Note: depreciation expense of the vessel is not included in fixed costs. | 19% | 21% |
| Return to Owner | Gross revenue less variable, crew share, RMUH, and fixed costs | 15% | 7% |

The NEFMC is considering four types of industry-funded monitoring for the herring fishery, including NEFOP-level observers, at-sea monitors, EM, and portside sampling coverage. NEFOP-level and at-sea monitoring coverage would function independently, but EM and portside are intended to be used together.

Industry-Funded Monitoring Omnibus Amendment

Selecting Herring Alternative 2.5 rather than Herring Alternative 2.1 reduces total industry monitoring costs from $811,000 to $75,000 – a 91% reduction. However, Herring Alternative 2.5 only provides increased monitoring in the Groundfish Closed Areas.

Initial industry cost assumptions for Herring Alternative 2.4 estimated $325 per sea day for electronic monitoring (cameras on every midwater trawl vessel, video collected for the duration of the trip, 100% vide review) and $5.12 per mt for portside sampling (administration and sampling cost) on close to 100% of trips. Revised industry cost assumptions for Herring Alternative 2.4 estimated $187 per sea day for electronic monitoring (cameras on every midwater trawl vessel, video collected around haulback, 50% video review) and $3.84 per mt for portside sampling (only sampling costs) on close to 50% of trips. Using the revised cost assumptions rather than the initial cost assumption for Herring Alternative 2.4 reduces total industry monitoring costs by 51% ($457,595 to $222,958) in Year 2 for paired midwater trawl vessels and reduces costs by 54% ($134,165 to $61,067) in Year 2 for single midwater trawl vessels.

Many of the vessels that would be impacted by industry-funded monitoring costs in the herring fishery would also be impacted by industry-funded monitoring costs in the mackerel fishery. For example, all the vessels impacted by Herring Alternative 2.1 would also be impacted by Mackerel Alternative 2.1.

A trip must be a declared herring trip in order to land 1 lb or more of herring. The economic analysis focused on trips that landed 1 lb or more of herring because those are the trips that would be subject to industry-funded monitoring. However, industry participants also requested consideration of the economic impacts associated with declared herring trips that did not land any herring.

In 2014, there were 121 sea days for 22 trips that had no herring landings. If 100% NEFOP-level observer coverage was required on those trips, then $98,978 would have been spent monitoring those trips. If 100% at-sea monitoring coverage was required on those trips, then $85,910 would have been spent monitoring those trips. The breakdowns of these costs by gear type as well as other coverage levels and monitoring types are provided in Table 96.

TABLE 96. MONITORING COSTS ASSOCIATED WITH DECLARED HERRING TRIPS THAT DID NOT LAND HERRING IN 2014.

|  | Small Mesh Bottom Trawl | Single Midwater Trawl | Paired Midwater Trawl | Total |
|---|---|---|---|---|
| Permit Category | A | A | A |  |
| Total Number of Days | 111 | 6 | 4 | 121 |
| Total NEFOP Cost – 100% Coverage | $90,586 | $5,217 | $3,212 | $99,015 |
| Total ASM Cost – | $78,626 | $4,528 | $2,788 | $85,943 |

Industry-Funded Monitoring Omnibus Amendment

| | | | | |
|---|---|---|---|---|
| 100% Coverage | | | | |
| Total ASM Cost – 75% Coverage | $58,970 | $3,396 | $2,091 | $64,457 |
| Total ASM Cost – 50% Coverage | $39,313 | $2,264 | $1,394 | $42,971 |
| Total ASM Cost – 25% Coverage | $19,657 | $1,132 | $697 | $21,486 |
| Total EM Cost, Year 2 – $325 per day | | $2,073 | $1,276 | $3,349 |
| Total EM Cost, Year 2 – $187 per day | | $1,193 | $734 | $1,927 |

The tables and box plots on the following pages provide summarized economic data for each of the herring coverage target alternatives. The economic impact on vessels associated with paying for monitoring coverage is described as a percentage of RTO for each herring coverage target alternative in the following figures. The tables provide the mean and median number of sea days per vessel that would result from each of the alternatives, as well as the mean and median RTO that would ultimately be reduced by the industry-funded monitoring costs. Additionally, fleet level effort, revenue, and monitoring cost information for each herring coverage target alternative are also provided. Additional economic analysis is available in Appendix 8.

### 4.2.5.1 Impacts of Herring Alternatives 1 and 2 on Fishery-Related Businesses

Herring Alternative 1 would not specify a coverage target for an industry-funded monitoring program in the Herring FMP. Monitoring for herring vessels would be allocated according to SBRM. If there was Federal funding available after SBRM coverage requirements were met, additional monitoring for the herring fishery would be evaluated on a case-by-case basis. Under Herring Alternative 1, additional costs to vessels participating in the herring fishery associated with monitoring coverage, if there were any, would be evaluated on a case-by-case basis.

In recent years, observer coverage for the herring fishery has largely been allocated as part of the SBRM. The SBRM is the combination of sampling design, data collection procedures, and analyses used to estimate bycatch in multiple fisheries. The SBRM provides a structured approach for evaluating the effectiveness of the allocation of fisheries observer effort across multiple fisheries to monitor a large number of species. Although management measures are typically developed and implemented on an FMP-by-FMP basis, from the perspective of developing a bycatch reporting system, there is overlap among the FMPs and the fisheries that occur in New England and the Mid-Atlantic that could result in redundant and wasteful requirements if each FMP is addressed independently.

Currently, the herring resource is not overfished, and overfishing is not occurring. Additionally, in recent years, the fleet has had the ability to fully harvest the stock-wide ACL and the sub-ACLs. Selection of Herring Alternative 1 will not likely affect the setting of