# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| Defendants. | : | |

## DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants the U.S. Department of Commerce, Wilbur Ross, in his official capacity as Secretary of the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration (NOAA), Neil Jacobs, in his official capacity as the Acting NOAA Administrator, the National Marine Fisheries Service, and Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries (collectively, Defendants) hereby move the Court for summary judgment on all claims. Defendants submit the attached memorandum in support of this motion and in opposition to Plaintiffs' motion for summary judgment (ECF 37). As explained in Defendants' memorandum, there are no facts in dispute and Defendants are entitled to judgment on all claims as a matter of law.

Dated: January 15, 2021

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)

U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

/s/ Kristine S. Tardiff
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants

2