# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment, and Defendants' Cross-Motion for Summary Judgment. Upon consideration of the Motion and Cross-Motion, it is hereby ORDERED that Plaintiffs' Motion is DENIED and Defendants' Cross-Motion is GRANTED, and Judgment is entered in favor of Defendants. IT IS SO ORDERED.

Dated: this _____ day of _____, 2021.

_____
WILLIAM E. SMITH
United States District Judge