# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RELENTLESS INC., et al.** : | |
| : | |
| *Plaintiffs*, : | |
| : | |
| v. : | Case No. 1: 20-cv-00108-WES-PAS |
| : | |
| **U.S. DEPARTMENT OF COMMERCE,** : **et al.** | |
| : | |
| *Defendant*s. : | |

## WITHDRAWAL OF APPEARANCE

I, Kevin J. Holley, Esq. herby withdraw as local counsel for the Plaintiffs, Relentless Inc., Huntress Inc., & Seafreeze Fleet LLC, in the above-captioned matter.

/s/ Kevin J. Holley
Kevin J. Holley, Esquire
11275 US Hwy 98 W., Ste. 6405
Miramar Beach, FL 32550
P: (850) 312-6767
KJH@kevinjholley.com

## ENTRY OF APPEARANCE

I, Timothy J. Robenhymer, Esq., hereby enter my appearance on behalf of the Plaintiffs, Relentless Inc., Huntress Inc. & Seafreeze Fleet LLC,  in the above-captioned matter.

/s/ Timothy J. Robenhymer
Timothy J. Robenhymer (#4419)
303 Jefferson Boulevard
Warwick, RI 02888
P: (401)921-4800
F: (401)526-0302
tjr@lawoffiesri.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically filed the foregoing Withdrawal with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Timothy J. Robenhymer*