IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RELENTLESS INC.**, et al. | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | Case No. 1: 20-cv-00108-WES-PAS |
| | : | |
| | : | |
| **U.S. DEPARTMENT OF COMMERCE,** et al. | : | |
| | : | |
| | : | |
| *Defendants*. | : | |

### PLAINTIFFS' NOTICE OF FACTS SUBSEQUENT TO FILING SUMMARY JUDGMENT

Plaintiffs hereby submit a notice by Defendant NOAA that the Industry-Funded Monitoring Coverage of the Atlantic Herring Fishery will begin on June 1, 2021. https://content.govdelivery.com/accounts/USNOAAFISHERIES/bulletins/2c91c4d  The parties submitted cross motions for summary judgment regarding this matter with the briefing completed in January.  Plaintiffs became aware of the instant development on March 25, 2021 and submit it for the Court's information.

Dated:  March 26, 2021                             Respectfully submitted,

/s/ John J. Vecchione
John J. Vecchione (admitted *pro hac vice*)
Kara Rollins (admitted *pro hac vice*)
New Civil Liberties Alliance
1225 19th Street NW, Ste. 450
Washington, DC 20036
Phone: (202) 869-5210
john.vecchione@ncla.legal
kara.rollins@ncla.legal

/s/ _____
Timothy J. Robenhymer (#4419) 303
Jefferson Boulevard Warwick, RI 02888
P: (401)921-4800 F: (401)526-0302
tjr@lawoffiesri.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing Plaitniffs Notice of Facts Subsequent to Filing Summary Judgment, which will send electronic notification of such filing to all counsel of record.

/s/ John J. Vecchione