# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RELENTLESS INC.**, et al. | : | |
| *Plaintiffs*, | : | |
| v. | : | Case No. 1: 20-cv-00108-WES-PAS |
| **U.S. DEPARTMENT OF COMMERCE,** et al. | : | |
| *Defendants*. | : | |

## PLAINTIFFS' SECOND NOTICE OF FACTS SUBSEQUENT TO FILING SUMMARY JUDGMENT

Plaintiffs hereby submit a notice by Defendant NOAA that the Industry-Funded Monitoring Coverage of the Atlantic Herring Fishery will begin on July 1, 2021. https://content.govdelivery.com/accounts/USNOAAFISHERIES/bulletins/2d92e4f  The Notice is also attached hereto as Exhibit A.  The parties submitted cross-motions for summary judgment regarding this matter with the briefing completed in January.  Plaintiffs' counsel became aware of the instant development on or about March 15, 2021 and submit it for the Court's information.

Dated:  June 1, 2021

    Respectfully submitted,

    /s/ John J. Vecchione
    John J. Vecchione (admitted *pro hac vice*)
    Kara Rollins (admitted *pro hac vice*)
    New Civil Liberties Alliance
    1225 19th Street NW, Ste. 450
    Washington, DC 20036
    Phone: (202) 869-5210
    john.vecchione@ncla.legal
    kara.rollins@ncla.legal

/s/ _____
Timothy J. Robenhymer (#4419) 303 Jefferson Boulevard Warwick, RI 02888
P: (401)921-4800 F: (401)526-0302
tjr@lawoffiesri.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing Plaintiffs' Second Notice of Facts Subsequent to Filing Summary Judgment, which will send electronic notification of such filing to all counsel of record.

/s/ John J. Vecchione