# EXHIBIT A

Case 1:20-cv-00108-WES-PAS    Document 45-1    Filed 06/01/21    Page 1 of 2 PageID #: 18784

We only use cookies that are necessary for this site to function, and to provide you with the best experience. Learn more in our Cookie Statement. By continuing to use this site, you consent to the use of cookies.



**Subscribe to updates from NOAA Fisherie**

Email Address                    e.g. name@e

[Subscribe]

**Share Bulletin**



# Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on July 1, 2021

NOAA Fisheries sent this bulletin at 05/14/2021 09:15 AM EDT

Having trouble viewing this email? View it as a Web page.



May 14, 2021

## Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on July 1, 2021

Beginning on **July 1, 2021**, NOAA Fisheries will begin selecting vessels with Category A or B herring permits fishing on declared herring trips for industry-funded monitoring (IFM) coverage. Vessels issued a Category A or B Atlantic herring permit will be required to secure and pay for at-sea monitoring coverage on trips that are selected for IFM coverage.

These vessels must log into their Pre-Trip Notification System (PTNS) web account to review the list of approved providers in PTNS and rank them in order of preference. Vessels should rank their providers in PTNS by June 20, 2021 to avoid any delays in the IFM assignment process.

For more information, go to our IFM website, which includes information on reporting requirements, approved IFM providers, the midwater trawl electronic monitoring exempted fishing permit, and other details.

### Questions?

Fishermen: Contact Carrie Nordeen, Sustainable Fisheries, 978-281-9272

Media: Contact Allison Ferreira, Regional Office, 978-281-9103

NOAA Fisheries Greater Atlantic Region (978) 281-9175, www.fisheries.noaa.gov/garfo



SUBSCRIBER SERVICES:
Manage Subscriptions | Help

Powered by



Privacy Policy | Cookie Statement | Help