# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants the U.S. Department of Commerce, Gina Raimondo, in her official capacity as Secretary of the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration (NOAA), Benjamin Friedman, Deputy Under Secretary for Operations Performing the Duties of Under Secretary of Commerce for Oceans and Atmosphere, the National Marine Fisheries Service, and Paul Doremus, in his official capacity as Assistant Administrator for NOAA Fisheries (collectively, Defendants) respectfully submit this notice of supplemental authority to inform the Court of the June 15, 2021 decision and order by the United States District Court for the District of Columbia in *Loper Bright Enterprises, Inc., et al. v. Raimondo, et al.*, No. 20-CV-00466-EGS, which are attached hereto as Exhibit A. This case previously was brought to the Court's attention through Defendants' Motion to Transfer Venue to the District of Columbia. Dkt. No. 10. The June 15, 2021 decision holds that the New England Fishery Management Council's Industry-Funding Omnibus Amendment ("Omnibus Amendment") and final rule to implement the Omnibus Amendment, 85 Fed. Reg. 7,414 (Feb. 7, 2020), comply with the Magnuson-Stevens Fishery Conservation and Management Act

("MSA"), 16 U.S.C. § 1801 *et seq.*; the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*; the Regulatory Flexibility Act, 5 U.S.C. § 601 *et seq.*; the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, the Anti-Deficiency Act, 31 U.S.C. § 1341; the Independent Offices Appropriations Act, 31 U.S.C. § 9701; and the Miscellaneous Receipts Statute, 31 U.S.C. § 3302; is consistent with MSA National Standards 7 and 8; the Omnibus Amendment is not an unconstitutional tax; and the approval and finalization of the Omnibus Amendment were procedurally proper.

Dated: June 16, 2021

Respectfully submitted,

JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

/s/ Kristine S. Tardiff
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax: (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                /s/ Alison C. Finnegan