```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF RHODE ISLAND
```

RELENTLESS INC., et al.,

    Plaintiffs,

    v.                          CA No. 20-cv-108-WES-PAS

U.S. DEPARTMENT OF COMMERCE,
et al.,

    Defendants.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Opinion and Order entered on September 20, 2021, and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered in favor of the Defendants U.S. Department of Commerce, et al., and against Plaintiffs Relentless Inc., et al.

It is so ordered.

September 20, 2021                      By the Court:

                                                /s/ Hanorah Tyer-Witek.
                                                    Clerk of Court