# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**RELENTLESS INC., et al.,**

          Plaintiff

v.                                      Case No. **20-108 WES**

**U.S. DEPT. OF COMMERCE, et al.,**

          Defendant

## NOTICE OF APPEAL

Notice is hereby given that **Relentless, Inc.; Huntress, Inc.; Seafreeze Fleet LLC**,
<br>                                                                   Name

the **Plaintiffs** in the above-referenced matter, hereby appeals to the
<br>          Party type

United States Court of Appeals for the First Circuit from the **final judgment in favor of**
<br>                                                                              Final judgment or description of order

**Defendants** entered in this action on **9/20/2021**.
<br>                                                                                         Date of entry

Respectfully submitted,

| | |
|---|---|
| **John Vecchione** | **/s/ John Vecchione** |
| Name | Signature |
| **Admitted pro hac vice** | **10/25/2021** |
| Bar Number | Date |
| **New Civil Liberties Alliance** | **(202) 869-5210** |
| Firm/Agency | Telephone Number |
| **1225 19th St. NW, Ste. 450** | **(202) 869-5238** |
| Address | Fax Number |
| **Washington, DC 20036** | **John.Vecchione@ncla.legal** |
| City, State, Zip Code | E-mail Address |