

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **Relentless Inc et al**       vs.   **U.S. Department of Commerce et al**

District Court Number: **20-cv-108**            Presiding Judge: **Judge Smith**

Notice of Appeal filed by: **Plaintiff**        Notice of Appeal document number: **49**

Appeal from: **OPINION AND ORDER EFC 47**

Other information:

Fee status: **Paid**      Pro se case:   Yes ☐   No ☑

Emergency or requires expedition: **No**   *If yes, reason:*

| Record Information |
|---|

Motions Pending   Yes ☐   No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **10/28/2021**

**HANORAH TYER-WITEK**
Clerk of Court

/s/ Kayla DaCruz
Deputy Clerk