IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RELENTLESS, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, et al., | : | Civil Action No. 1:20-cv-00108-WES-PAS |
| | : | |
| Defendants. | : | |

**STIPULATION AND PROPOSED ORDER
FOR REVISIONS TO THE BRIEFING SCHEDULE**

This stipulation revises the Stipulation and Proposed Order Setting Briefing Schedule (Dkt. 56), which the Court adopted on September 13, 2024. Dkt. 57. The parties met and conferred on November 6, 2024, and Plaintiffs have requested a two-business day extension of the deadline to file their supplemental responding memorandum/reply memorandum from November 8, 2024 to November 12, 2024. Defendants have no objection to this brief extension, provided that the deadline for their supplemental reply memorandum is extended by two business days as well. Accordingly, the parties respectfully request that the Court endorse and adopt the following revisions to the schedule previously adopted by the Court:

1. Plaintiffs will file their supplemental responding memorandum/reply memorandum on November 12, 2024.

2. Defendants will file their supplemental reply memorandum on November 26, 2024.

Stipulated and agreed to by the parties, through their respective counsel, this 7th day of November, 2024.

1

| | |
|---|---|
| /s/ Timothy J. Robenhymer (with permission)<br>Timothy J. Robenhymer, #4419<br>303 Jefferson Boulevard, 2nd Floor<br>Warwick, RI 02888<br>(401) 921-4800 Telephone<br>(401) 526-0302 Facsimile<br>tjr@lawofficesri.com<br><br>/s/ John J. Vecchione (with permission)<br>John J. Vecchione (admitted *pro hac vice*)<br>Kara Rollins (admitted *pro hac vice*)<br>New Civil Liberties Alliance<br>1225 19th Street NW, Ste. 450<br>Washington, DC 20036<br>Phone: (202) 869-5210<br>john.vecchione@ncla.legal<br>kara.rollins@ncla.legal<br><br>Attorneys for Plaintiffs | TODD KIM,<br>Assistant Attorney General<br>S. JAY GOVINDAN, Chief<br>MEREDITH L. FLAX, Deputy Chief<br><br>/s/ Alison C. Finnegan<br>Alison C. Finnegan, Senior Trial Attorney<br>(Pennsylvania Bar No. 88519)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0500; Fax: (202) 305-0275<br>alison.c.finnegan@usdoj.gov<br><br>Attorneys for Defendants |

SO ORDERED:

_____   Dated: _____, 2024
Honorable William E. Smith
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

    /s/ Alison C. Finnegan