# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

RELENTLESS, INC.,

    Plaintiffs,

    v.                                               1:20-cv-00108-WES

U.S. DEPARTMENT OF COMMERCE, ET AL.

    Defendants.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Opinion and Order entered on July 15, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered in favor of the Defendants U.S. Department of Commerce, et al. and against Plaintiffs Relentless, Inc., et al.

It is so ordered.

July 15, 2025                         By the Court:

                                                    /s/ Hanorah Tyer-Witek
                                                    Clerk of Court