# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Relentless Inc., et al.,

Plaintiff

v.

U.S. Dept. of Commerce, et al.,

Defendant

Case No. 1:20-cv-00108-WES

## NOTICE OF APPEAL

Notice is hereby given that Relentless, Inc.; Huntress, Inc.; Seafreeze Fleet LLC (Name), the Plaintiffs (Party Type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the:

☑ Final judgment entered on 7/15/2025 (Date of Judgment).

and/or

☐ The order _____ (Description of Order) entered on _____ (Date of Order).

John J. Vecchione
Name

Admitted pro hac vice
Bar Number

New Civil Liberties Alliance
Firm/Agency

4250 Fairfax Dr., Suite 300
Address

Arlington Va., 2203
City/State/Zip Code

Respectfully submitted,

/s/ John J. Vecchione
Signature

9/3/2025
Date

2029186902
Telephone Number

john.vecchione@ncla.legal
Email Address